UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HANG H. LAI, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:18-CV-1121-B-BK |
| | § | |
| MICHAEL LAWRENCE GULLER, | § | |
| ELIZABETH MEYER EDGAR, | § | |
| HAPPY TRAIL USA RV, INC., | § | |
| TYRON CASSELL, ALIAS | § | |
| DEXTER CASSELL, FUN TOWN | § | |
| RV, INC. OWNER JARROD MCGHEE | § | |
| DEFENDANTS. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 26th day of November, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE